# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| HSBC BANK, USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE HOLDERS OF THE CERTIFICATES ISSUED BY DEUTSCHE ALT-A SECURITIES MORTGAGE LOAN TRUST SERIES 2007-AR1, | : : : : : : | No. 314 MAL 2016 |
| | : | Petition for Allowance of Appeal from |
| Respondent | : : | the Order of the Superior Court |
| | : : : | |
| v. | : : : : | |
| PATRICK T. CARNEY, | : : | |
| Petitioner | : : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of September, 2016, the Petition for Allowance of Appeal is **DENIED**.

    Justice Mundy did not participate in the consideration or decision of this matter.